CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

July 11, 2025

Frank Hedin, Esq.
Hedin Law Firm
1395 Brickell Avenue, Suite 610
Miami, FL  33131

Kristen C. Rodriguez, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020

RE:  No. 25-4045 – Novella Atwood, et al. v. Dotdash Meredith Inc.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 25, 2025**.

    Sincerely,

    Kevin J. Kinnear

KJK:dm