## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINA CID; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>DOTDASH MEREDITH INC., f/k/a Dotdash Media Inc.,<br><br>    Defendant - Appellee. | No. 25-4045<br>(D.C. No. 1:24-CV-00046-TC) |

_____

## STIPULATION TO DISMISS
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear their own costs on appeal.

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully, Submitted |
| *s/ Frank S. Hedin* | *s/ Kristen C. Rodriguez* |
| FRANK S. HEDIN, Esq.<br>HEDIN LLP<br>1395 Brickell Ave., Suite 610<br>Miami, Florida 33131-3302<br>Telephone:     (305) 357-2107<br>Facsimile:     (305) 200-8801<br>Email:           fhedin@hedinllp.com | KRISTEN C. RODRIGUEZ, Esq.<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:     212-768-6700<br>Facsimile:     212-768-6800<br>Email: kristen.rodriguez@dentons.com |
| Attorney for Plaintiffs — Appellants<br>Novella Atwood, Christina Cid, Kathleen Gagon, Kristen Puertas, Janice Randall, and Sarah Tychsen | Attorney for Defendant — Appellee<br>Dotdash Meredith Inc. |